TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
glw@tblaw.com
Fax: 702 258-8787
**Attorney for Secured Creditor**

Wells Fargo Bank, N.A.
09-74059

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In Re: | BK Case No.: 09-19373BTB |
|---|---|
| | Chapter 13 |
| Mark T. Reasbeck and Carrie A. Reasbeck | AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | HEARING DATE: 4/5/2011<br>HEARING TIME: 10:30 am |
| | ESTIMATED TIME: 5 Minutes |
| Debtors. | |

TO THE HONORABLE BRUCE T. BEESLEY, THE DEBTORS, DEBTORS' ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the 5th day of April, 2011 at 10:30 am before United States Bankruptcy Judge, the Honorable Bruce T. Beesley, in Courtroom 4, located at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, Wells Fargo Bank, N.A., it's assignees and/or successors in interest and assigns ("Movant"), will move this Court, pursuant to 11 U.S.C. §362(d), for an order terminating the automatic stay, to allow Movant to proceed with its non-bankruptcy remedies, including, but not limited to foreclosure upon obtaining possession of and selling the subject real property located at 9209 Onyx Point Ct., Henderson, NV 89074-6802 (the "subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires that any opposition to the motion must be filed and service completed upon the Movant not more that fourteen (14) days after service of the motion. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

The court may *refuse to allow you to speak* at the scheduled hearing; and

The court may *rule against you* without formally calling the matter at the hearing

DATED this 3rd day of March, 2011.

TIFFANY & BOSCO, P.A

By: /s/ Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
glw@tblaw.com.

Wells Fargo Bank, N.A.
09-74059

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK Case No.: 09-19373-BTB |
|---|---|
| Mark T. Reasbeck and Carrie A. Reasbeck | Date: 4/5/2011<br>Time: 10:30 am |
| | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF SERVICE

1. On 3/3/2011 I served the following documents(s):

   AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

...

X   **a. ECF System**

    Randal R. Leonard
    rleonard999@yahoo.com
    Attorney for Debtors

    Kathleen A Leavitt
    courtsecf3@las13.com
    Trustee

X   **b. United States mail, postage fully prepaid:**

    Randal R. Leonard
    500 S. Seventh St.
    Las Vegas, NV 89101
    Attorney for Debtors

    Mark T. Reasbeck and Carrie A. Reasbeck
    9209 Onyx Point Court
    Henderson, NV 89074
    Debtors

    Wells Fargo
    Attn: Managing Agent
    P O Box 31557
    Billings, MT 59107
    "Via Certified Mail"

☐   **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

    ☐ 1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    ☐ 2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 3rd day of March, 2011.

By: _Jamie Miller_